IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHRISTOPHER BYRD, | : |
| Plaintiff, | Civil No. 05-2648 (RBK) |
| v. | **ORDER** |
| FEDERAL EXPRESS CORPORATION and CONCENTRA MEDICAL CENTER, | |
| Defendants. | |

THIS MATTER having come before the Court upon motion by Defendants Federal Express Corporation ("FedEx") and Concentra Medical Center ("Concentra") for summary judgment on Plaintiff Christopher Byrd's complaint; and the Court having considered the moving papers; and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendant FedEx's motion for summary judgment on all counts in Plaintiff's Complaint is **GRANTED** in its entirety; and

IT IS HEREBY **ORDERED** that Defendant Concentra's motion for summary judgement is also **GRANTED** in its entirety.

Dated:   3/4/2008

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge